JS-6

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SUSAN G. TAYLOR (190753)
JAMES R. HAIL (202439)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
susant@csgrr.com
jimh@csgrr.com
       – and –
SEAN K. COLLINS (255198)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)
scollins@csgrr.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VINOD PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>ANDREW H. PARNES, et al.,<br><br>                              Defendants. | No. 2:07-cv-05364-MMM-(SHx)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER CONCERNING DISMISSAL |

1    IT IS HEREBY ORDERED THAT:

2    This action, the Consolidated Complaint, and each complaint filed herein shall
3    be dismissed in their entirety with prejudice.

4    IT IS SO ORDERED.

6    DATED: August 11, 2008

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Standard Pacific\ORD00052983.doc

- 1 -